No. 89–5899. JARRETT v. MINUTE MAN, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 89–5907. JACKSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–5917. NOE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 89–5918. HENDERSON v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 89–5929. DELAY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 89–5939. JENKINS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 89–5941. WEAKLEY v. INDIANA. Ct. App. Ind. Certiorari denied.

No. 89–5945. LIPSCOMB v. CAROTHERS, SUPERINTENDENT, YUKON KUSKOKWIM CORRECTIONAL CENTER. C. A. 9th Cir. Certiorari denied.

No. 89–5966. HARTOG v. IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 89–5967. HARRIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–5968. LAWSE v. CORRY ET AL. C. A. 8th Cir. Certiorari denied.

No. 89–5988. ABADIE ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.